

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00218-CV

JACQUETTA LOMOSI, Appellant § On Appeal from County Court at Law No. 1

§ of Tarrant County (2018-003129-1)

V.

§ March 21, 2019

WOODFAM MANG, Appellee § Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. We vacate the trial court's judgment and dismiss the appeal as moot.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
    Justice Wade Birdwell